**F I L E D**
CLERK, U.S. DISTRICT COURT

11/8/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: Vanessa Figueroa   DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAR MYERS, | **CASE NUMBER** |
| PLAINTIFF(S) | SA CV 22-1410 VBF (PVCx) |
| v. | |
| WILLIAM POTTER, et al., | **ORDER STRIKING FILED DOCUMENTS FROM THE RECORD** |
| DEFENDANT(S). | |

WHEREAS, the documents listed below were improperly filed for the following reason(s)

L.R. 83-2.2.1 Any person representing himself or herself in a case without an attorney must appear pro se for such purpose. That representation may not be delegated to any other person. L.R. 83-2.5 Attorneys or parties to any action or proceeding shall refrain from writing letters to the judge or sending e-mail messages to the judge.

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| **Document Entitled** | **Filed** |
|---|---|
| Letter | November 8, 2022 |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

| | |
|---|---|
| November 8, 2022 | /s/ Valerie Baker Fairbank |
| Date | United States District Judge |